UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| EDWARD ROSS ) | Chapter 13 Proceedings |
| ) | |
| ) | Case No. 11-24061 KL |
| Debtor(s) ) | |

## ORDER

Paul R. Chael, Standing Chapter 13 Trustee herein, having filed a Motion for Turnover, on March 7, 2013, notice of said motion having been given and no objections having been filed, the Court now approves said motion and hereby Orders Bank of America to turn over the sum of $1,182.13 to the Trustee.

So Ordered: _May 14, 2013_

_____
Judge, U. S. Bankruptcy Court